| | |
|---|---|
| 1 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| | MICHAEL J. STORTZ (SBN 139386) |
| 2 | 580 California Street, Suite 1500 |
| | San Francisco, CA 94104-1036 |
| 3 | Email: mstortz@akingump.com |
| | Telephone: 415.765.9500 |
| 4 | Facsimile: 415.765.9501 |
| 5 | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| | MICHAEL W. MCTIGUE JR.* |
| 6 | MEREDITH C. SLAWE* |
| | mmctigue@akingump.com |
| 7 | mslawe@akingump.com |
| | Two Commerce Square |
| 8 | 2001 Market Street, Suite 4100 |
| | Philadelphia, PA 19103 |
| 9 | Telephone: (215) 965-1200 |
| | Facsimile: (215) 965-1210 |
| 10 | |
| | Attorneys for Defendant |
| 11 | DSW SHOE WAREHOUSE, INC. |
| | *pro hac vice to be sought |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOPHIA WINGATE and LINDSAY RUCKER, individually and on behalf of all others similarly situated | Case No. 4:19-cv-05324-DMR |
| | **STIPULATION TO STAY ACTION PENDING MDL TRANSFER MOTION; ORDER** |
| Plaintiffs, | |
| v. | **Date:** November 21, 2019 |
| | **Time:** 1:30 p.m. |
| DSW SHOE WAREHOUSE, INC., | **Ctrm:** 3, 17th Floor |
| | **Judge:** Hon. Richard Seeborg |
| Defendant. | |

|   |   |
|---|---|
| 1 | Defendant DSW Shoe Warehouse, Inc. ("DSW") and Plaintiffs Sophia Wingate and Lindsay |
| 2 | Rucker ("Plaintiffs") (collectively, the "Parties"), by and through their respective attorneys of record, |
| 3 | hereby stipulate to stay this action as follows: |
| 4 | WHEREAS, Plaintiffs filed their Complaint on August 25, 2019; |
| 5 | WHEREAS, DSW was served with the Complaint on August 29, 2019; |

Defendant DSW Shoe Warehouse, Inc. ("DSW") and Plaintiffs Sophia Wingate and Lindsay Rucker ("Plaintiffs") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate to stay this action as follows:

WHEREAS, Plaintiffs filed their Complaint on August 25, 2019;

WHEREAS, DSW was served with the Complaint on August 29, 2019;

WHEREAS, on October 10, 2019, DSW moved the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to 28 U.S.C. Section 1407 to transfer this action and three additional actions to the Southern District of Ohio for coordinated or consolidated proceedings ("Transfer Motion");

WHEREAS, on October 11, 2019, the JPML set the briefing schedule on DSW's Transfer Motion, with responses due November 1, 2019, and DSW's reply brief due November 8, 2019;

WHEREAS, on October 16, 2019, DSW moved to stay this action pending the JPML's resolution of DSW's Transfer Motion (*see* Dkt. No. 19) ("Motion to Stay");

WHEREAS, on October 21, 2019, the JPML issued an order setting a hearing on DSW's Transfer Motion on December 5, 2019;

WHEREAS, Plaintiffs' opposition to DSW's Motion to Stay is currently due October 30, 2019 (*see* Civil L.R. 7-3(a)); and

WHEREAS, the Parties agree that this action should be stayed in its entirety pending the JPML's resolution of the Transfer Motion, and that all currently scheduled case deadlines should be vacated.

THEREFORE, IT IS HEREBY STIPULATED by the Parties that (1) this action is stayed and either party may move to reopen the case at the appropriate time; (2) all currently scheduled case deadlines are hereby vacated; and (3) within five (5) days of the JPML's decision on DSW's Transfer Motion, the Parties shall file a joint report notifying the Court of same.

**IT IS SO STIPULATED**.

Dated: October 29, 2019

AKIN GUMP STRAUSS HAUER & FELD LLP

By */s/ Michael J. Stortz*
　　　　　　Michael J. Stortz

Attorneys for Defendant
DSW SHOE WAREHOUSE, INC.
—

Dated: October 29, 2019   By   /s/ William H. Beaumont
William H. Beaumont (pro hac vice)

Attorney for Plaintiffs
SOPHIA WINGATE and LINDSAY RUCKER

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, Michael J. Stortz, hereby attest that I have obtained concurrence in the filing of this document from the other signatory to this document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of October, 2019, in San Francisco, California.


By:   /s/ Michael J. Stortz
Michael J. Stortz

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 10/30/19

HON. RICHARD SEEBORG
United States District Judge

2
STIPULATION TO STAY ACTION PENDING MDL TRANSFER MOTION     3:19-CV-05324-RS